# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32009

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-32254-RTB |
| Christopher M. Cawley and Joanne Cawley<br>        Debtors. | Chapter 7 |
| Chase Home Finance LLC<br>        Movant,<br>    vs. | NOTICE OF FILING MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY AND<br>REQUIREMENT TO FILE |
| Christopher M. Cawley and Joanne Cawley,<br>Debtors; Brian J. Mullen, Trustee.<br><br>        Respondents. | RE:  Real Property Located at<br>        3971 E Latham Way<br>        Gilbert, AZ 85297 |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property.  Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:
…

1                 Chase Home Finance LLC
               c/o Mark S. Bosco, Esq.

2                 2525 East Camelback Road, Suite 300
               Phoenix, Arizona 85016

3

4  WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

5

6       FINALLY, Movant's Counsel certifies that a letter was not sent seeking to resolve the issues necessitating the motion, as the Debtor has indicated that they are surrendering their interest in the property or the property is not the Debtor's main residence.

7

8

9       DATED this 22nd day of December, 2009.

10                                 TIFFANY & BOSCO, P.A.

11                               By  /s/ MSB # 010167

12                                  Mark S. Bosco
                                Leonard J. McDonald

13                                  Attorneys for Movant

Copy of the foregoing was

14  mailed on December 22, 2009, to:

15  Christopher M. Cawley and Joanne Cawley
3971 E. Latham Way

16  Gilbert, AZ  85297

17  Debtors

18  Phillips and Associates
20 E. Thomas 26th Fl.

19  Phoenix, AZ  85012
Attorney for Debtors

20

21  Brian J. Mullen
PO Box 32247

22  Phoenix, AZ  85064
Trustee

23

U.S. Trustee

24  230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

25

26  By:  LaTricia Martin